IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CYNTHIA TOMERLIN,**  **PLAINTIFF**
as personal representative
of the estate of Andrew Tippit

v.   CASE NO. 2:21-CV-00162-BSM

**MSA, INC. d/b/a**  **DEFENDANTS**
**MSA DELIVERY SERVICE, et al.**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE